## FRIED *v.* NEW YORK.

No. 330.   Decided June 22, 1964.

*Herbert Monte Levy* for appellant.

*Frank S. Hogan* and *H. Richard Uviller* for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART are of the opinion that probable jurisdiction should be noted and the judgment reversed.